**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6496**

———————

STEVEN Z. RAST,

               Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

               Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior District Judge.  (6:02-cr-00948-GRA-1;  7:03-cr-00429-GRA-1; 7:08-cv-70087-GRA)

———————

Submitted:  February 11, 2010          Decided:  May 26, 2010

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Steven Z. Rast, Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Z. Rast seeks to appeal the district court's order denying his motion for reconsideration of the order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Rast has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

---

[*] We note that the caption of the district court's order lists only Case No. 7:03-cr-00429-GRA. However, it is clear that the order also pertains to Case No. 6:02-cr-00948-GRA.

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED